1  DEBRA WONG YANG
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   KEITH M. STAUB
4  Assistant United States Attorney
   California Bar Number 137909
5       Federal Building, Suite 7516
        300 North Los Angeles Street
6       Los Angeles, California 90012
        Telephone: (213) 894-7423
7       Facsimile: (213) 894-7819
   email: Keith.Staub@usdoj.gov

   Attorneys for Defendant

                   UNITED STATES DISTRICT COURT

               FOR THE CENTRAL DISTRICT OF CALIFORNIA

                         EASTERN DIVISION

   JAMES SMITH, GREGORY SMITH,        )  No. EDCV 05-1089 SGL (RCx)
   CASSANDRA DAHRENS, REBECCA         )
   SMITH,                             )  STIPULATION TO CANCEL
                                      )  SETTLEMENT CONFERENCE;
              Plaintiffs,             )  (PROPOSED) ORDER
                                      )
        v.                            )
                                      )
   UNITED STATES OF AMERICA,          )
                                      )
              Defendant.              )

   stipMSCcancel.wpd

IT IS HEREBY STIPULATED by and between the parties hereto, through their undersigned counsel, that the settlement conference currently scheduled before the Hon. Rosalyn M. Chapman, United States Magistrate Judge, on December 13, 2006, should be cancelled because the parties have settled the case, pursuant to a court-approved Stipulation for Compromise.

Dated: 10/17 / 2006

LAW OFFICE OF DAVID MARGULIES

*/s/ David Margulies*
DAVID MARGULIES
Attorneys for Plaintiff

Dated: 10/20, 2006

DEBRA WONG YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

*/s/ Keith M. Staub*
KEITH M. STAUB
Assistant United States Attorney
Attorneys for Defendant

**ORDER**

IT IS SO ORDERED this 23rd day of October, 2006.

*/s/ Stephen G. Larson*
HON. STEPHEN G. LARSON
UNITED STATES MAGISTRATE JUDGE

copy to Judge Chapman.

stipMSCcancel.wpd

-2-

## PROOF OF SERVICE BY MAILING

1  I am over the age of 18 and not a party to the within
2 action. I am employed by the Office of United States Attorney,
3 Central District of California. My business address is 300 North
4 Los Angeles Street, Suite 7516, Los Angeles, California 90012.

5  On October 20, 2006, I served **Stipulation to Cancel
6 Settlement Conference; (Proposed) Order** on each person or entity
7 named below by enclosing a copy in an envelope addressed as shown
8 below and placing the envelope for collection and mailing on the
9 date and at the place shown below following our ordinary office
10 practices. I am readily familiar with the practice of this
11 office for collection and processing correspondence for mailing.
12 On the same day that correspondence is placed for collection and
13 mailing, it is deposited in the ordinary course of business with
14 the United States Postal Service in a sealed envelope with
15 postage fully prepaid.

16  Date of mailing: October 20, 2006. Place of mailing: Los
17 Angeles, California.

18  Person(s) and/or Entity(s) to Whom mailed:

19 David Margulies
   Law Offices of David L. Margulies
20 5850 Canoga Avenue, Suite 110
   Woodland Hills, CA 91367

21  I declare under penalty of perjury under the laws of the
22 United States of America that the foregoing is true and correct.

23  I declare that I am employed in the office of a member of
24 the bar of this court at whose direction the service was made.

25  Executed on: October 20, 2006 at Los Angeles, California.

ZENAIDA A. ROSACIA